Eve I. Klein
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendant New York Dialysis, Inc.*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
**LESLIE TOUSSAINT,**

                       **Plaintiff,**

                       **14-CV-5069 (KMK)**

           -against-

                       **RULE 7.1 STATEMENT**

**NEW YORK DIALYSIS, INC.,**

                     **Defendant.**
---------------------------------------------------------------------- x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for New York Dialysis Services, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

1. Fresenius Medical Care Holdings, Inc.

Dated: New York, New York
       November 3, 2014

                                            DUANE MORRIS LLP

                                            By: */s/ Eve I. Klein*
                                                   Eve I. Klein
                                           1540 Broadway
                                           New York, NY 10036
                                           (212) 692-1000
                                           Attorneys for Defendant

DM2\5212224.1