UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LESLIE TOUSSAINT,

              Plaintiff,          Index No. 14-CV-5069 (KMK)

    -against-

NY DIALYSIS, INC.

             Defendant.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Leslie Toussaint, in the above-captioned matter and request that all papers in connection with the above-captioned matter be served upon the undersigned at the address listed below..

Dated: New York, New York
       March 11, 2015

                           **DUANE MORRIS LLP**

                           By: */s/ Katelynn Gray*

                           Katelynn Gray
                           1540 Broadway
                           New York, NY 10036-4086
                           Tel: (212) 692-1000

                           *Attorneys for Defendant*