UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LESLIE TOUSSAINT,

               Plaintiff,               Index No. 14-CV-5069 (KMK)

    -against-

NY DIALYSIS, INC.

              Defendant.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for NY DIALYSIS, INC.

Defendants, in the above-captioned matter and request that all papers in connection with the above-captioned matter be served upon the undersigned at the address listed below..

Dated: New York, New York

March 12, 2015

               **DUANE MORRIS LLP**

               By:  /s/ *Katelynn Gray*

               Katelynn Gray
               1540 Broadway
               New York, NY 10036-4086
               Tel: (212) 692-1000

               *Attorneys for Defendant*