UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| LESLIE TOUSSAINT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 14-CV-5069 (KMK) |
| | : | |
| v. | : | |
| | : | JOINT REPORT OF PARTIES' |
| NEW YORK DIALYSIS SERVICES, INC., | : | RULE 26(f) CONFERENCE |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------------- x

Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on March 24, 2015, at 10:30 a.m. and was attended by:

    For Plaintiff:        Michael H. Sussman

    For Defendant:     Eve I. Klein
                                Katelynn M. Gray

The parties agreed on the following with respect to a case management plan:

1. All parties do not consent to trial by Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

2. This case is to be tried to a jury.

3. No additional parties may be joined except with leave of the Court.

4. Amended Pleadings may not be filed except with leave of the Court.

5. Initial disclosures pursuant to Rules 26(a)(1), Fed. R. Civ. P., will be completed no later than April 7, 2015.

6. All fact discovery is to be completed no later than July 31, 2015.

7. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York.  The

following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 6 above:

    a. Initial requests for production of documents to be served by May 20, 2015.

    b. Interrogatories to be served by May 20, 2015.

    c. Depositions to be completed by July 31, 2015.

    d. Requests to Admit to be served no later than May 20, 2015.

8. At this time, neither Party intends on offering expert testimony. In the event that a Party decides to offer expect testimony, that Party must make the disclosure no later than June 1, 2015.

Dated: New York, New York
April 7, 2015

DUANE MORRIS LLP

By: \_\_\_\_/s/ Eve I. Klein_____
      Eve I. Klein

1540 Broadway
New York, NY 10036
(212) 692-1000
Attorneys for Defendant

SUSSMAN & WATKINS

By: \_\_\_\_/s/ Michael H. Sussman (approved)
      Michael H. Sussman

1 Railroad Avenue
PO Box 1005
Goshen, NY 10924
(845) 294-3991
Attorneys for Plaintiff